William DeSent, appellee, v. Sam Berkowitz, appellant. Gen. No. 33,264.

Opinion filed May 31, 1929.

Isadore M. Leavitt, for appellant. Harry X. Cole, for appellee.

Mr. Presiding Justice Gridley delivered the opinion of the court.

Edwin Seipp et al., appellees, v. C. E. McNeill & Company, appellant. Gen. No. 33,274.

Opinion filed May 31, 1929.

Benjamin I. Morris and Morris A. Mills, for appellant; Morris A. Mills, of counsel. Poppenhusen, Johnston, Thompson & Cole, for appellees; John B. Schmidt and Albert K. Orschel, of counsel.

Mr. Presiding Justice Gridley delivered the opinion of the court.

A. B. C. Pattern & Foundry Company, appellant, v. B. U. Hills, appellee. Gen. No. 33,283.

Opinion filed May 31, 1929.

Meyer Shapiro, for appellant. Schwartz & Cooper, for appellee.

Mr. Presiding Justice Gridley delivered the opinion of the court.

Joseph Kunickas, appellee, v. John Hancock Mutual Life Insurance Company, appellant. Gen. No. 33,292.

Opinion filed May 31, 1929.

Hoyne, O'Connor & Rubinkam, for appellant. Victor Frohlich and Charles Frohlich, for appellee.

Mr. Presiding Justice Gridley delivered the opinion of the court.

Helen Gudinas and Albina Manstavich, appellees, v. Globe Mutual Life Insurance Company of Chicago, appellant. Gen. No. 33,313.

Opinion filed May 31, 1929.

A. W. Fulton and S. J. Fulton, for appellant. Pines, Morse & Stein and John B. Borden, for appellees; Clarence T. Morse, of counsel.

Mr. Presiding Justice Gridley delivered the opinion of the court.